

EXHIBIT    A

SAFPF offenders are under unique guidelines related to early release and/or parole, and should check with unit administrators for assistance in understanding which, if any, apply to their individual situation.

E.    **Time Credit Dispute Resolution Process**

The TDCJ has established a dispute resolution process for offenders who allege their time credits are in error. Complaints regarding time credits cannot be resolved through the Offender Grievance Process.

Institutional Offenders

Offenders must contact the Classification and Records Office (CRO) by submitting an Offender Time Credit Dispute Resolution Form (CL-147) to the CRO.

State Jail Offenders

Offenders must submit the CL-147 form to the Unit Intake Coordinator for resolution.

Upon receipt of correspondence, the CRO or Intake Coordinator will investigate the allegations. If a correction to time is made, the offender will be provided a new time slip or a commitment data form after the correction. If the CRO finds no error in the time-served credits, the offender will be provided a written statement from the Custodian of Offender Records, certifying the credits to be correct based upon documents received by TDCJ.

Offenders may not file a time-credit error in an application of a Writ of Habeas Corpus until:

1. A final certification decision from the CRO has been received by the offender; or,
2. More than 180 days has passed since offender filed the complaint with the Custodian of Offender Records, and no response has been received.
3. Offenders who are within 180 days of their presumptive parole date, date of release to mandatory supervision, or date of discharge may use either this internal time credit dispute resolution procedure, <u>or submit their application directly to the court,</u> if the Writ of Habeas Corpus is not otherwise barred.

F.    **Individualized Treatment Plan**

The Individualized Treatment Plan (ITP) is a plan of treatment for an individual offender. The plan outlines programmatic activities and services for an offender and prioritizes his participation in recommended programs based on the offender's needs, program availability and applicable parole or discharge date. An offender's needs for programs are ranked and prioritized to assess the immediacy for placement. Treatment department professionals develop the ITP, interview the offender, assess all available information and record their judgments concerning specific programming needs. Treatment department professionals will be responsible for tracking and reviewing all offenders newly assigned to TDCJ for ITP reviews within two weeks of the offender's arrival on the unit. Any conflicts or problems that may arise from ITP recommendations concerning program or job scheduling will be referred to the UCC for resolution.

PDKAR00BAMPL057
STATE OF TEXAS                                          02/08/2010
BOARD OF PARDONS AND PAROLES                            PAGE    1

NOTICE OF PAROLE PANEL DECISION

**ORIGINAL**

NAME: KOTHMANN,JOHN KEVIN
SID NUMBER: 03023192                      TDCJ-ID NUMBER: 01590449
CURRENT LOCATION: DALLAS COUNTY JAIL

3-10CV1306-B

SUBJECT: Decision Not to Grant Mandatory Supervision - DMS

After a review of your case, the Board of Pardons and Paroles decision is not to grant you Mandatory Release and has marked your case as a Denied Mandatory Supervision. Your next review date has been set for 01/2011.

You have been denied Mandatory Supervision Release for the reason(s) listed below:
One or more components indicated in each paragraph listed below may apply, but only one is required.

9D1. THE RECORD INDICATES THAT THE INMATE'S ACCRUED GOOD CONDUCT TIME IS NOT AN ACCURATE REFLECTION OF THE INMATE'S POTENTIAL FOR REHABILITATION.

9D2. THE RECORD INDICATES THAT THE INMATE'S RELEASE WOULD ENDANGER THE PUBLIC.

1D. THE RECORD INDICATES THAT THE INMATE HAS REPEATEDLY COMMITTED CRIMINAL EPISODES OR HAS A PATTERN OF SIMILAR OFFENSES THAT INDICATES A PREDISPOSITION TO COMMIT CRIMINAL ACTS WHEN RELEASED; OR THE RECORD INDICATES THAT THE INMATE IS A LEADER OR ACTIVE PARTICIPANT IN GANG OR ORGANIZED CRIMINAL ACTIVITY; OR THE RECORD INDICATES A JUVENILE OR AN ADULT ARREST OR INVESTIGATION FOR FELONY AND MISDEMEANOR OFFENSES.

2D. THE RECORD INDICATES THAT THE INMATE COMMITTED ONE OR MORE VIOLENT CRIMINAL ACTS INDICATING A CONSCIOUS DISREGARD FOR THE LIVES, SAFETY, OR PROPERTY OF OTHERS; OR THE INSTANT OFFENSE OR PATTERN OF CRIMINAL ACTIVITY HAS ELEMENTS OF BRUTALITY, VIOLENCE, OR CONSCIOUS SELECTION OF VICTIM'S VULNERABILITY SUCH THAT THE INMATE POSES AN UNDUE THREAT TO THE PUBLIC; OR THE RECORD INDICATES USE OF A WEAPON.

3D. THE RECORD INDICATES EXCESSIVE DRUG OR ALCOHOL INVOLVEMENT WHICH INCLUDES POSSESSION, USE OR DELIVERY IN THE INSTANT OFFENSE OR CRIMINAL HISTORY.

The Institutional Division will monitor your treatment plan progress and will report your progress to the Board of Pardons and Paroles.

Should you have any questions regarding this notice you are to contact your unit Institutional Parole Office.

This Notice of the Parole Panel Action is your written detailed statement as required by Texas Government Code Section 508.144(b).
DMS
CC: INMATE - TDCJ-ID
    M.B. THALER - CLASSIFICATION AND RECORDS




CASE NO. CR08-0869   COUNT: N/A
TRN: 9139047008

RECEIVED AND FILED FOR RECORD
2009 AUG -4 AM 11: 54
ELVERA M. JOHNSON, DISTRICT CLERK
PARKER COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § § | IN THE DISTRICT COURTS |
| V. | § | OF PARKER COUNTY, TEXAS |
| JOHN KEVIN KOTHMANN | § § | 415TH JUDICIAL DISTRICT |
| STATE ID NO.: TX03023192 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | Hon. Graham Quisenberry | Date Judgment Entered: | August 4, 2009 |
| Attorney for State: | Kathleen Catania / Robert DuBoise / Nikki Morton / Abigail Placke / Jeff Swain | Attorney for Defendant: | Matt Hall |

Offense for which Defendant Convicted:
Retaliation

| Charging Instrument: | Statute for Offense: |
|---|---|
| Indictment | PC 36.06 |

Date of Offense:
September 26, 2008

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| Third Degree Felony | Guilty | N/A |

Terms of Plea Bargain:
3 years Institutional Division, TDCJ, with credit as reflected on Judgment

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |
| Date Sentence Imposed: | August 4, 2009 | Date Sentence to Commence: | August 4, 2009 |
| Punishment and Place of Confinement: | 3 years in the Institutional Division, TDCJ | | |

THIS SENTENCE SHALL RUN CONCURRENTLY.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $N/A | $335.00 | $N/A | N/A |

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

Time Credited:
From:  9/26/08 – 8/4/09
From:
From:

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was N/A.

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Parker County, Texas.

The State appeared by her District Attorney.

Defendant appeared in person with Counsel.

Case No. CR08-0869
State vs. JOHN KEVIN KOTHMANN

Page 1 of 3

Judgment on Conviction -
Waiver of Jury Trial

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS that the Defendant and Counsel have received a copy of the Trial Court's Certification of Defendant's Right of Appeal.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court finds the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Parker County District Clerk, 117 Ft. Worth Highway, Weatherford, Texas 76086. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

**Execution / Suspension of Sentence.** The Court Orders Defendant's sentence executed. Court Orders that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered this ____ day of August, 20 09.

JUDGE PRESIDING
415th Judicial District Court
Parker County, Texas

Charles (325-396-2949)
9238 Fm 1674
Fort McKavett TX. 76841

Fathers for equal rights
701 Commerce #302
DLS 75202 (214-953-2233)

704 E. Weatherford ST.
FT. Worth 76102 (817 870-4880)

JEFF 5309 Strickland Ave
The Colony TX. 75056

DLS municiple Coorts
2014 main ST. Rm 100
75201

Kell. 972-2580967

2804 W.M Brewster
Irving TX. 75062
214-493-3333

I certify that the fingerprints here set out were taken this day from the thumbs and index fingers of the defendant in this cause.

MRS. ELVERA M. JOHNSON
District Clerk
Parker County, Texas

By: _____
Deputy District Clerk

OR

Bailiff of the
Judicial District Court,
Parker County, Texas

By: _<u>Omas Jourre</u>_
Bailiff's Name

Date: _____

Date: 8-4-09


LEFT THUMB


LEFT INDEX FINGER


RIGHT INDEX FINGER

RIGHT THUMB

Case No. **CR08-0869**
State vs. **JOHN KEVIN KOTHMANN**

Page 3 of 3

Judgment on Conviction -
Waiver of Jury Trial

STATE OF TEXAS
COUNTY OF PARKER    Before me, the undersigned magistrate of the State of Texas on this day personally appeared __Kothman John Kevin__ in the custody of **LARRY FOWLER** a peace officer, and said person was given the following warning by me:

| Magistrates Warning Part "A" | Charges / Offenses Part "B" |
|---|---|
| ☑ You are charged with the offenses of: (See Part "B") An affidavit charging you with this offense * (has) (has not) been filed in this Court. | Arresting Agency Must Complete<br>1. P/V Asst + V TN<br>Court of Jurisdiction F07584035<br>Wrnt# OC Dallas Co.<br>Bond (Magistrate Only) ~~5000.00~~ |
| ☑ You have the right to an interpreter if you do not speak and understand the English language or are deaf. | 2._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☑ You have the right to hire an attorney and have him present prior to and during any interview and questioning by peace officers or attorneys representing the State. | 3._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☑ **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSE(S)** *If you are to poor to afford an attorney, you have the right to request the appointment of an attorney to be present prior to and during any such interview and questioning. You may have reasonable time and opportunity to consult your attorney if you desire.* | 4._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☑ **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSE(S)** *You may apply for court appointed counsel and assistance is available in completing the necessary forms requesting appointment of counsel.* | 5._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| | 6._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☑ You have the right to stop any interview or questioning at any time. | |
| ☑ You have the right to remain silent. | 7._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☑ You are not required to make a statement, and any statement you make can and may be used against you in a court of law. | |
| ☒ You have the right to an examining trial. **Examining Trial APPLIES ONLY TO FELONY OFFENSE(S)** | 8._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☒ **Parker County Court Appointed Attorney does not apply to Class C Misdemeanor offenses and appointments for those charges in other non-Parker County jurisdictions.** | 9._____<br>Court of Jurisdiction_____<br>Wrnt#_____<br>Bond (Magistrate Only)_____ |
| ☑ I do not desire an appointed attorney at this time._____ | |
| ☑ I desire an appointed attorney at this time._____ | TOTAL BOND SET: $ 5000.00 |

**Probable Cause Determination**
Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the prisoner designated below as to the following charges (SEE PART B).
**TO THE SHERIFF OF PARKER COUNTY, GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as an Examining Court, to answer the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held on and for said Parker County, at the Courthouse thereof, in Weatherford, on the First Monday or when notified in INSTANTER A.D. 20___ for the offenses of a felony/misdemeanor (SEE PART B) and you will safely keep the said Defendant to await the order of said appropriate Court of jurisdiction. Bail has been granted the said defendant (SEE PART B)

Jail Personnel Must Complete

X _John Kothman_
Person Warned

_signature_
Witness
Address or Location __129 Hoyle st__
__W(oo)d, Tx 76086__

Warned and bail granted this __14__ day of _____ 20_09_ at _11:15_ a.m/p.m. by witness of my official signature.

_____Croate_____
☑ Justice of The Peace # _2_
☐ County Judge
☐ Municipal Judge of _____

J-0001    White: Judge • Yellow: Jail • Pink: Inmate

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION     EXHIBIT "E"
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Records Dept. Administration     DATE: 10-15-09
(Name and title of official)

ADDRESS: Gurney

**SUBJECT:** *State briefly the problem on which you desire assistance.*

~~XXXXXXXXXX~~

Do I have any detainers showing if so from whom?

Name: JOHN KEVIN ROTHMANN   No: 1590449   Unit: Gurney
Living Quarters: C5-35   Work Assignment: Cook 2nd

**DISPOSITION:** (Inmate will not write in this space)

x/o detn. showing at this time

I-60 (Rev. 11-90)

Case 3:10-cv-01306-B   Document 2   Filed 07/06/10   Page 10 of 18   PageID 36

EXHIBIT "F"

# State Counsel for Offenders
### A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203



November 16, 2009

Craig Watkins, District Attorney
Frank Crowley Courts Bldg.
133 N. Industrial Blvd.
Dallas, TX 75207-4399

RE: John Kevin Kothmann, TDCJ-ID #1590449, Cause Number: EHA5328; DOB: 03-27-1961

Dear Mr. Watkins:

John Kevin Kothmann, an offender within the Texas Department of Criminal Justice – Correctional Institutions Division, has requested our office contact you concerning the possibility of revoking his probation pursuant to the Texas Code of Criminal Procedure art. 42.12 § 21(b). This article allows the offender's community supervision to be revoked without having to return the offender to the county to do so. Please be advised that this program can only be utilized for straight probations, since if an inmate is on deferred adjudication, his guilt must be adjudicated before his probation can be revoked. As such, he must be bench warranted back to the county which has jurisdiction over the matter.

Mr. Kothmann is currently serving sentence(s) for the following offense(s):

| | Cause No. | Offense | County/Court No. | Sentence Length |
|---|---|---|---|---|
| 1. | CR08-0869 | Retaliation | Parker/415th District | 3 years |

His holding case is a 3-year sentence. As of today's date, his maximum discharge date is 09-26-2011. His mandatory release date is 02-13-2010.

If you are interested in having the inmate's probation revoked in the above-referenced case, please acknowledge by sending to this office a motion to revoke probation and a plea offer which should include the following: (1) recommended sentence, (2) whether sentence is to run concurrent with or consecutive to his current sentence(s), (3) court costs, fine, and/or restitution, and (4) all time credit to be given to the offender for confinement prior to the sentence date.

Please do not hesitate to contact this office in the event you have any questions concerning this matter.

Sincerely,

{S}

Sharon Primeau
Staff Attorney, General Legal Section
Telephone: (936) 437-5250
Fax: (936) 437-5295

SPR/gme
c:  file
    John K. Kothmann, TDCJ-ID #1590449

```
KOTHMANN,JOHN KEVIN              TDC:01590449 SID:03023192 UNIT: ND
                                 HOUSING/BED:          C2     051

 *PRJ-REL-DATE:        11 20 2011    MAX-EXP-DATE:      11 20 2011
 *INMATE STATUS:       S3 W          MAX TERM:              2 00 00


  FLAT  TIME CREDITED:   0 03 12    CALC BEGIN DATE:   11 20 2009
  GOOD  TIME CREDITED:   0 02 08    TDC RECEIVE DATE:  09 03 2009
  BONUS TIME CREDITED:   0 00 00    GOOD TIME LOST:           0
  WORK  TIME CREDITED:   0 01 21    WORK TIME LOST:           0
 *TOTAL TIME CREDITED:   0 07 11


 *STATUS EFFECT  DATE: 03 02 2010   JAIL GOOD TIME RECEIVED: YES

  DEC: RHA9402   QCC: CBE7355

  STAT CHG: S3/03 02 10
```

*TIME CALCULATIONS DO NOT INCLUDE ABSENCES FOR CURRENT MONTH
PAROLE DATA: SUBMITTED FOR BOARD REVIEW
CHANGE TO: STATUS/

UNIT COPY          T.D.C.J.-INSTITUTIONAL DIVISION       03/04/2010-108
Case 3:10-cv-01306-B   Document 12   Filed 07/06/10   Page 11 of 18   PageID 37

```
SID NO....: 03023192   TDC NO: 01590449   PIA NO:  000000
NAME......: KOTHMANN,JOHN KEVIN          DOB: 03/27/1961  RACE: W SEX: M
RECEIVED..: 09/03/2009 UNIT..: ND  JOE F GURNEY
SENT BEGN.: 11/20/2009                                                 S3
NET SENT..: 0002Y 00M 00D LEGISLATURE:     80TH    OUT OF CUST.:
MIN EXP DT: 11/20/2011   MS CALC CD.: Y            BONUS TIME..:       0
MAX EXP DT: 11/20/2011   PAR CALC CD: FLAT & GOOD  TDC CALC PAR: 02/13/2010
----------------------------------------------------------------------------
     OFFENSE            MAX. TERM YMD  OFF DATE    SENT DATE CC P COURT/COUNTY
   DESCRIPTION            /SENT BEG                          CU L CAUSE
                          /MIN EXP      /MAX EXP     /PAROLE
                          /OUT OF CUST.
----------------------------------------------------------------------------
    RETALIATION         0003Y 00M 00D 09/26/2008 08/04/2009 CC G 415 PARKER
                        09/26/2008    JAIL GT:Y        CR08-0869       CNT:00
                        09/26/2011    09/26/2011 01/31/2009 MSCLC:  PRLCL:N
                        DEC: ESC3324  QCC: EHA5328

  **ASLT BI W/PRIOR     0002Y 00M 00D 10/25/2007 02/08/2010 CC G 282 DALLAS
      CONV FV           11/20/2009    JAIL GT:Y        F-0758403-S     CNT:00
                        11/20/2011    11/20/2011 02/13/2010 MSCLC:  PRLCL:N
                        DEC: RHA9402  QCC: CBE7355

JAIL GOOD TIME CREDITED FROM SENTENCE BEGIN DATE
70/72/73/80/81ST LEGIS: MANDATORY SUPV PROSPECT
NOT ELIGIBLE FOR SB1167 PER TDCJ BOARD POLICY
DISCRETIONARY MANDATORY SUPERVISION  (HB1433) CANDIDATE

REMARKS...: 03-01-2010 REC'D NEW COMM FROM DALLAS CO., CAUSE
            #F-0758403-S, A 2YR CONV TO RUN CONC. SBD AND MAX
            DT CHANGE FROM SBD 09-26-08 TO SBD 11-20-09 MAX DT
            09-26-11 TO MAX DT 11-20-11. KEYED W/O CARD.
            RH

REMARKS...: ON 03/02/2010 PROMOTED AUTOMATICALLY TO S3
```

```
T. D. C. J.  I N S T I T U T I O N A L  D I V I S I O N
        DATE 02/26/10      RECORDS OFFICE         TIME 08:46:28
TDCJID: 01590449  NAME: KOTHMANN, JOHN KEVIN         UNIT JOE F GURNEY
SENT. BEGIN DATE 09/26/2008  TDC RECEIVE DATE 09/03/2009
INMATE STATUS LINE CLASS I                  W    LAST PCR REQUEST 01/21/10
    SENT. OF RECORD         00003   YRS 00 MOS 00 DAYS   MAND. SUPV  PAROLE
    FLAT TIME SERVED        00001 YRS 05 MOS 00 DAYS    047 %     047 %
    GOOD TIME EARNED        00000 YRS 11 MOS 10 DAYS    031 %     031 %
    WORK TIME EARNED        00000 YRS 08 MOS 15 DAYS    023 %     023 %
    MAND SUPV TIME CREDITS  00003 YRS 00 MOS 25 DAYS    101 %
    PAROLE TIME CREDITS     00003 YRS 00 MOS 25 DAYS              101 %
    MINIMUM EXPIRATION DTE: 09/26/2011
    MAXIMUM EXPIRATION DTE: 09/26/2011
JAIL GOOD TIME RECD YES              NUMBER OF DETAINERS 00
GOOD TIME LOST 00000 DAYS            WORK TIME LOST 00000 DAYS
PAROLE STATUS _ BPP DATE _____    TDC CALC DATE 00/00/0000

*MANDATORY SUPERVISION PROSPECT
REQUEST _____
CONDUCT RECORD:
```

47.
31.
23.
---
101%

9/26/08
9/26/09
11/20/09

2/8/2010
11/20/09

11/20/2009
2/8/2010
10
31
31
FEB
1 2 3 4 5 6 7 8

Distinguished

EXHIBIT "I"

```
T. D. C. J.   -   I N S T I T U T I O N A L   D I V I S I O N
    DATE 03/30/10         RECORDS OFFICE         TIME 12:03:06
ID: 01590449 NAME: KOTHMANN,JOHN KEVIN          UNIT JOE F GURNEY
. BEGIN DATE 11/20/2009 TDC RECEIVE DATE 09/03/2009
TE STATUS STATE APPROVED TRUSTY CLASS III W    LAST PCR REQUEST 03/04/10

 SENT. OF RECORD       00002     YRS 00 MOS 00 DAYS   MAND SUPV PAROLE
 FLAT TIME SERVED      00000 YRS 04 MOS 08 DAYS    017  %    017  %
 GOOD TIME EARNED      00000 YRS 03 MOS 03 DAYS    013  %    013  %
 WORK TIME EARNED      00000 YRS 02 MOS 04 DAYS    008  %    008  %
 MAND SUPV TIME CREDITS 00000 YRS 09 MOS 15 DAYS   038  %
 PAROLE TIME CREDITS   00000 YRS 09 MOS 15 DAYS               038  %
 MINIMUM EXPIRATION DTE: 11/20/2011
 MAXIMUM EXPIRATION DTE: 11/20/2011

 GOOD TIME RECD YES           NUMBER OF DETAINERS 00
 TIME LOST 00000 DAYS         WORK TIME LOST 00000 DAYS
 LE STATUS    BPP DATE                      TDC CALC DATE 02/13/2010


DATORY SUPERVISION PROSPECT
EST _____
UCT RECORD:
```

OFFENSE: RETALIATION

CAUSE NO. PRE-INDICTMENT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 415TH DISTRICT COURT |
| VS. | § § | OF |
| JOHN KEVIN KOTHMANN | § | PARKER COUNTY, TEXAS |

### ORDER DETERMINING APPOINTMENT OF COUNSEL

Today the defendant's motion requesting the appointment of counsel was heard in open court; the defendant ___✓___ completed a sworn questionnaire; _____ was examined by the judge under oath concerning the defendant's financial resources. The Court finds:

_____ INDIGENCY WITH REIMBURSEMENT

The Court finds the defendant is entitled to the appointment of counsel because _____ defendant is indigent; _____ it is in the interest of justice. The Court further finds defendant presently has financial resources and/or an ability to pay all or part of the cost of legal services and related expenses to be provided by this Order. It is therefore ordered that the defendant is appointed counsel in this matter. It is further ordered that defendant is ordered to contribute to the cost of the legal services and related expenses as may be ordered by the Court.

___✓___ INDIGENCY WITHOUT REIMBURSEMENT

The Court finds the defendant is entitled to counsel because ___✓___ the defendant is indigent; _____ it is in the interest of justice. The Court further finds defendant presently has no financial resources to pay or contribute to the cost of legal services and related expenses. It is therefore ordered that the defendant is appointed counsel in this matter.

The Court appoints the lawyer named below to represent the defendant until charges are dismissed, the defendant is acquitted or the lawyer is relieved of his duties by the Court or replaced by other counsel.

Lawyer: __John Matt Hall__    Bar Card Number: __00789336__

Address: __211 South Rusk__    Phone __(817) 341-4446__ Fax __(817) 341-4447__

City: __Weatherford__    State __Texas__    Zip __76086__

_____ NO FINANCIAL NEED

The defendant has the financial resources to employ counsel and the appointment of counsel in the interest of justice is not necessary. The motion is denied.

Signed and entered this __6__ day of __October__, 2008.

_____
GRAHAM QUISENBERRY
District Judge, 415th District Court
Parker County, Texas

MIDWEST DRYWALL
4844 S. Buckner
DLS TX 75227
214-388-4581

TX Workforce Comm.
2707 N. Stemmons #251
DLS TX. 75207

N. L. Schutte
10 606 Spangler
DLS TX. 75243
972-358-0330

Brazos - Estella 599 5311 (817)
325-396-2945 Charles
625-555-5583
625-8858

Sim Lane 817-
Ms Rollins

---

Paula
Eileen Franks
Dallas or Corpus

673-850-8857
1135
599-5311
"Estella" 553
Brazos Blvd Bond 502WC1 629
Fort McKavett
96 PR 91
1 9238 FM 16 7e
1 325-396-8748
6768-946-20

| | | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|

60,959  
MEDICAL CO-PAY OWED: .00  
FEDERAL COURT FEE OWED: .00  
TEXAS COURT FEE/CHARGE OWED: 1,711.00  
LOCATION: 0084 A-2 020  UNIT: HJ  
NAME: ROTHMANN, JOHN KEVIN  A746  
DATE: 05/28/10  
ACCOUNT NUMBER: 01570449  
ENT SUP. OWED: .00   OTHER HOLD AMOUNT .00   BEGINNING BALANCE: 430.16

| ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| S 000000 000132 | POSTAGE | .00 | | 430.16 |
| S 000000 000020 | POSTAGE | .00 | | 430.16 |
| S 000000 000044 | POSTAGE | .00 | | 430.16 |
| S 000000 000044 | POSTAGE | .00 | | 430.16 |
| H | | 500.00 | | |
| B 000044 000000 | POSTAGE | .44 | | 429.72 |
| P 000392 000000 | | 3.92 | | 425.80 |
| J | | 80.66 | | 345.14 |
| C | | 83.24 | | 261.90 |

EXHIBIT "K"

TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

JOHN KEVIN KOTHMANN
TDCJ# 1590449
Hutchins State Jail
1500 EAST LANGDON ROAD
DALLAS, TEXAS 75241

X-RAY
X-RAY
X-RAY

New

RECEIVED
JUN 30 2010

12 PM

CLERK of the U.S. DISTRICT COURT
NORTHERN DISTRICT of TEXAS
1100 Commerce
1452 EARLE CABELL FED. BLD
DALLAS, TEXAS 75242